St. Vincent's Orphan Asylum, Respondent, v. Madison-Warren Corporation, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

William DeLong, an Infant, by Gilbert T. DeLong, His Guardian ad Litem, Respondent, v. National Biscuit Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of Charles F. Stanton, as Commissioner of Public Works, for the Appointment of Commissioners of Condemnation in the Matter of Acquiring Lands and Premises in the City of Syracuse to Be Taken for a Site for the Fifteenth Ward Fire Station.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

New York Willite Paving Corporation, Respondent, v. Julius Friedrich Company, Incorporated, and Rochester Willite Corporation, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Maud L. Moran, Appellant, v. Rainbow Appliance Corporation, Respondent. —Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Robert T. Moran, Appellant, v. Rainbow Appliance Corporation, Respondent.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Estate of William G. Ford, Deceased.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

The People of the State of New York, Respondent, v. David H. Kahn and Emil Klein, Appellants.— Time for argument extended to September term, upon stipulation. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

John C. Zimmerman and Another, Appellants, v. William E. C. Merriman and Others, Defendants. Robert C. Turnbull and Another, Respondents.— Motion to dismiss appeal granted unless appellants shall be ready for argument on May twentieth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Application of the City of Rochester to Acquire Land for the Extension of Monroe Avenue in Said City.— Motion to dismiss the appeal of Frances A. VanVoorhis denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Orpha J. Crowe, Appellant, v. F. W. Woolworth Company, Incorporated, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.